# PESKA & ASSOCIATES, PC

| ADAM M. PESKA | ATTORNEYS AT LAW | 235 MAIN STREET, 4th Floor |
| *of counsel* | | WHITE PLAINS, NEW YORK 10601 |
| BLAKE W. REED | | (914) 686-5042 TEL |
| ANDREW W. BOKAR | | (914) 949-1604 FAX |

March 8, 2017

**Sent Via ECF**
Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

          Re:  <u>Hosain v. Barr Laboratories</u>
          Case No. 7:17-Cv-00114 (VB)

Dear Judge Bricetti:

  This firm represents the Plaintiff Hosain (the "Plaintiff") in the above action.

  Through inadvertence, yesterday, the undersigned filed an unredacted W-2 form as **Exhibit "J,"** which was attached to Plaintiff's First Memorandum In Opposition to Defendants' Motion to Dismiss (Document #23).

  Kindly have **Exhibit "J"** marked "sealed" since same includes a Federal Identification Number. I was directed by the ECF Help Desk to contact chambers in order to make this request. I apologize for this error.

  Thank you for your attention to this matter.

           Respectfully submitted,

           Adam M. Peska


cc: Bradley L. Mitchell, Esq. **Via ECF**