## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMED DAUD HOSAIN-BHUIYAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARR LABORATORIES, INC., TEVA ) <br> PHARMACEUTICALS USA, INC., TEVA ) <br> PHARMACEUTICAL INDUSTRIES, LTD., ) <br> and JAMES MIKALIC, ) <br> ) <br> Defendants. | Case No.: 7:17-cv-0011 |

### AFFIDAVIT OF JENNIFER FULLER-RICCIARDI

)
) ss.
)

1. I am the Litigation Manager for Teva Pharmaceuticals USA, Inc. ("Teva USA").

2. I am employed by Teva USA. I am not, nor have I ever been, employed by any of Teva USA's subsidiary or parent companies, including, but not limited to, Teva Pharmaceutical Industries, Ltd ("Teva Israel").

3. I have never been authorized to accept service of process on behalf of Teva Israel.

4. I have never represented to anyone that I am authorized to accept service of process on behalf of Teva Israel.

5. On December 7, 2016, a gentleman hand delivered service of process relating to this case on me at my work location, Teva USA's facility at 425 Privet Road, Horsham, Pennsylvania.

6. I indicated that I would accept service on behalf of my employer, Teva USA. I did not indicate that I was accepting, nor did I have authority to accept, service of process on behalf of Teva Israel.

7. As is my practice when served with a complaint or summons that names more than one entity as a defendant, upon receipt of the documents on December 7, 2016, I wrote at the top of the first page the date of service and the entity on behalf of which I accepted service. Specifically, I wrote "12/7/16 TUSA." "TUSA" is my shorthand for "Teva USA." A copy of this page is attached hereto as Exhibit A.

FURTHER AFFIANT SAYETH NAUGHT.

_[signature]_

COUNTY OF Montgomery, Pennsylvania : ss.
Sworn to before me and subscribed in my presence this 15 day of March, 2017.

_[signature]_
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
EVELYN M. SARACHMAN, Notary Public
Horsham Twp., Montgomery County
My Commission Expires May 27, 2018

# **EXHIBIT A**

**SUPREME COURT OF THE STATE OF NEW**
**COUNTY OF ROCKLAND**

12/7/16
TUSA

-----------------------------------x

Mohammed Daud Hosain-Bhuiyan

Plaintiff/Petition

Index  095213/2016

-

Barr Laboratories, Inc. et al

Defendant/Responde
-----------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC

   PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

   NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to

   Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out

   The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

   **Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing

   **Parties not represented by an attorney:** Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form. However, an unrepresented litigant